JAMES M. CARPLES, Respondent, v. JOHN DEERE WAGON COMPANY, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 10th day of March, 1915, resettling an order entered on the 3d day of March, 1915, denying a motion to vacate an order for the examination of defendant.

PER CURIAM: The order appealed from is modified so as to require the defendant, a corporation, to be examined, and that for that purpose Edward E. Parsonage, as general manager, secretary and director thereof, appear and be examined. As so modified the order is affirmed, with ten dollars costs and disbursements to the respondent. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to respondent. Order to be settled on notice.